628

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur. (A) In the Matter of the Claim of FLORENCE FELDINGER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of LAURA ORTEGA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of ARTHUR J. PROCTOR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of NICHOLAS J. KELLY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL FITZGERALD and JOSEPH KERMIT FITZGERALD, Appellants.— [In each action] Motions to dismiss appeals granted by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of JOSEPH M. MARDER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Appeal dismissed, without costs unless appellant shall file and serve record, brief and note of issue for the March 1962 Term on or before February 9, 1962, in which event motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ALLISON BRISTOL, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reyonlds, JJ.